# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1276
Lower Tribunal No. 19-8255
_____

**Susanna Alan,**
Appellant,

vs.

**Roger West,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ivonne Cuesta, Judge.

Susanna Alan, in proper person.

Abramowitz and Associates, and Jordan B. Abramowitz, for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150 (Fla. 1979).